[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-11077

Non-Argument Calendar

_____

EFN WEST PALM MOTOR SALES, LLC,
d.b.a. Napleton's West Palm Beach Hyundai,
NORTH PALM HYUNDAI, LLC,
d.b.a. Napleton's North Palm Hyundai,

Plaintiffs-Appellants,

FLORIDADEPARTMENT OF HIGHWAY SAFETY & MOTOR
VEHICLES,

Plaintiff,

*versus*

HYUNDAI MOTOR AMERICA,

2                    Opinion of the Court                    23-11077

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:21-cv-80348-AMC

_____

Before JILL PRYOR and GRANT, Circuit Judges.

PER CURIAM:

Upon review of the record and the parties' joint response to the jurisdictional questions, the parties' motion to supplement the record about the plaintiffs' citizenship, incorporated in their response, is GRANTED. We accept the declaration submitted with the motion to supplement and deem the record so supplemented. *See Cabalceta v. Standard Fruit Co.*, 883 F.2d 1553, 1555 (11th Cir. 1989). The record as supplemented now establishes that there was complete diversity of citizenship and the district court had subject matter jurisdiction over this action in the first instance; specifically, the plaintiff limited liability companies, through their members, are citizens of Florida and Illinois, while the defendant corporation is a citizen of California. *See* 28 U.S.C. § 1332; *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013); *Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304, 1305 (11th Cir. 2011); *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*,

23-11077                Opinion of the Court                3

374 F.3d 1020, 1021 (11th Cir. 2004); *Alliant Tax Credit 31, Inc v. Murphy*, 924 F.3d 1134, 1143 (11th Cir. 2019).

Accordingly, this appeal MAY PROCEED.